IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

BLAKE SANDLAIN,

    Plaintiff,

v.                         CIVIL ACTION NO. 1:20-00424

WARDEN, FCI MCDOWELL,

    Defendant.

**MEMORANDUM OPINION AND ORDER**

    Pending before the court is Sandain's motion "to be allowed to respond to magistrate recommendation that 2241 is dismissed." ECF No. 31. On November 1, 2021, the court dismissed plaintiff's petition under 28 U.S.C. § 2241 and dismissed this matter from the court's docket. The court did so after plaintiff failed to file objections to Magistrate Judge Tinsley's Findings and Recommendation ("PF&R"), entered on September 27, 2021, in the time period allotted for doing so.

    For good cause shown, plaintiff's motion is **GRANTED** and he has until **February 4, 2022,** to file his any objections to the PF&R entered on September 27, 2021.

    The Clerk is directed to forward a copy of this Memorandum Opinion and Order to plaintiff and counsel of record.

    **IT IS SO ORDERED** this 14th day of January, 2022.

                                      ENTER:

                                      David A. Faber
                                      Senior United States District Judge