```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                           AT BLUEFIELD
```

**BLAKE SANDLAIN**

    Petitioner,

v.                                                         **CIVIL ACTION NO. 1:20-00424**

**WARDEN C. MARUKA,**
**FCI McDowell,**

    Respondent.

## MEMORANDUM OPINION AND ORDER

Pending before the court is Sandlain's motion for reconsideration pursuant to Rule 59(e). See ECF No. 39. For the reasons expressed by the Court in its recent decision in Jones v. Hendrix, 143 S. Ct. 1857, 2023 WL 4110233, at *5 (June 22, 2023), (§ 2255(e) "does not permit a prisoner asserting an intervening change in statutory interpretation to circumvent [the] restrictions on second or successive § 2255 motions by filing a § 2241 petition"), Sandlain's motion is **DENIED**.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record and unrepresented parties.

**IT IS SO ORDERED** this 18th day of July, 2023.

                              ENTER:

                              */s/ David A. Faber*
                              David A. Faber
                              Senior United States District Judge